IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Director;<br><br>Defendant. | 8:25CV66<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. (Filing No. 5.) Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 25th day of March, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge